**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NISSAN NORTH AMERICA, INC.,

        Plaintiff,

v.

IKAQIUKAMAOYIYOUXIANGONGSI, et al.,

        Defendants.

Case No. 26-cv-02332

**Judge Mary M. Rowland**

**Magistrate Judge Heather K. McShain**

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Nissan North America, Inc. ("Plaintiff") hereby dismisses this action as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| LILYS MODELS | 31 |

Dated this 30th day of April 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Marcella D. Slay
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
mslay@gbc.law

*Counsel for Plaintiff Nissan North America, Inc.*